# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Glen Johnson, et al.,                                              Civil No. 11-3211 (RHK/LIB)

              Plaintiffs,                                    **ORDER**

vs.

Northern Construction, Inc., Scott Hoeft,
individually,

              Defendants.

---

      This matter is venued in the Sixth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the

United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the

Court.

Dated:  February 3, 2011

                              s/Richard H. Kyle
                              RICHARD H. KYLE
                              United States District Judge